**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA GARZA, | ) NO. SA CV 08-1035-E |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER | ) |
| OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.


    DATED: May 22, 2009.


_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE